■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR HOLSTON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lagana, J.), rendered October 9, 1985, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant, who contested the validity of only 1 of 2 prior convictions for violent felonies *(see,* CPL 400.16; Penal Law § 70.08 [1] [a]), failed to sustain his burden of demonstrating that that predicate felony conviction was unconstitutionally obtained *(see, People v Harris,* 61 NY2d 9, 15). The defendant was therefore properly adjudicated and sentenced as a persistent violent felony offender. Mangano, J. P., Brown, Lawrence, Kooper and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS HOYOS, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Baker, J.), rendered July 16, 1987, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Kunzeman, Eiber, Spatt and Balletta, JJ., concur.